66 A.3d 1293

IN THE MATTER OF NOAH M. BURSTEIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 005231975).

June 13, 2013.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 12–368, concluding that **NOAH M. BURSTEIN** of **TEANECK,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.1(a) (gross neglect),

*RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to keep client reasonably informed about the status of matter and failure to comply with a client's reasonable requests for information), and good cause appearing;

It is ORDERED that **NOAH M. BURSTEIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.